**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6949**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES EDWARD CLARK,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-99-424-A, CA-01-1574-AM)

———————

Submitted:  August 15, 2002          Decided:  August 26, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James Edward Clark, Appellant Pro Se.  Paul J. McNulty, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Clark seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  United States v. Clark, Nos. CR-99-424-A; CA-01-1574-AM (E.D. Va. filed May 1, 2002; entered May 3, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2